FILED

12/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0637

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-24-0637

MARK UNRUH and
RUSSELL J. UNRUH,

                Plaintiffs/Appellants

v.

Gary Unruh

                Defendant/Appellee

---

## ORDER

---

Upon consideration of Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants is granted an extension of time to and including February 7, 2025, within which to prepare, file, and serve Appellants' opening brief on appeal.

DATED and electronically signed below.

*Order.*